■ In the Matter of DAVID K. WEISS, Appellant, v BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.—Appeal by the petitioner from a judgment of the Supreme Court, Kings County, dated May 27, 1987,

Ordered that the judgment is affirmed, with costs, for rea-

sons stated by Justice Held at the Supreme Court. Weinstein, J. P., Rubin, Kooper and Sullivan, JJ., concur.